**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.                                                    Case No. 8:26-cv-2186-KKM-LSG

RAD DIVERSIFIED REIT, INC.,
BRANDON "DUTCH" MENDENHALL,
and AMY VAUGHN,

     Defendants; and

THE SEMINAR SOLUTION, LLC,

     Relief Defendant.

_____

## <u>CIVIL CASE ORDER</u>

**RELATED ACTIONS**: No later than **fourteen (14) days from the date of this Order**, Lead Counsel and any pro se plaintiff shall file a notice as to whether a related action is pending in the Middle District or elsewhere as required under Local Rule 1.07(c). The parties must use the attached form **Notice of a Related Action**. Each party must file an amended notice within **ten (10) days** of discovering any ground for amendment.

**DISCLOSURE STATEMENT**: This Court screens each action to identify parties and interested corporations in which any assigned judge may be a shareholder or otherwise have an interest, as well as for other matters that might require recusal consideration. No later than **fourteen (14) days** from the date of this Order, each nongovernmental party, pro se party, intervenor, non-party movant, and Rule 69 garnishee shall file the attached **Disclosure Statement and Certification** (available on the undersigned's

website under the "forms" tab) as required under Local Rule 3.03. Any nongovernmental party or entity that appears after the date of this Order must file the Disclosure Statement within **fourteen (14) days** of appearance.

When filing the **Disclosure Statement and Certification**, the parties must ensure that all disclosed individuals or entities are individually entered into CM/ECF using the below prompts:

**Civil Events → Other Filings → Other Documents**

Disclosure Statement - LR 3.03 and FRCP 7.1

MEDIATION,TRLSET

**Add Corporate Parent(s) and/or Affiliate(s).**

**Search for a corporate parent or other affiliate**

**Last/Business name**

Search   Clear

End corporate parent or other affiliate selection

**Search for a corporate parent or other affiliate**

**Last/Business name**

Search   Clear

**Corporate parent or other affiliate search results**

EXPERIAN INFORMATION SOLUTIONS, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,
EXPERIAN INFORMATION SOLUTIONS, INC.,

Select name from list    Create new corporate parent or other affiliate

A nongovernmental party may not seek discovery from any source before filing a Disclosure Statement and Certification. A motion, memorandum, response, or other paper—including emergency motion—may be denied or stricken unless the filing party has previously filed its Disclosure Statement and Certification.

Each nongovernmental party has a continuing obligation to file and serve an **amended Disclosure Statement and Certification** within **ten (10) days** of (1) discovering any ground for amendment, including notice of case reassignment to a different judicial officer; or (2) discovering any ground for recusal or disqualification of a judicial officer. A party should not routinely list an assigned district judge or magistrate judge as an "interested person" absent some nonjudicial interest.

To assist the Court in determining when a conflict of interest may exist, particularly when ruling on matters formally assigned to another judge, each party shall use the full caption of the case, including the names of all parties and intervenors on all motions, memoranda, papers, and proposed orders submitted to the Clerk. *See* FED. R. CIV. P. 10(a).

**CIVIL CASE MANAGEMENT**: When required by Local Rule 3.02, counsel and any unrepresented party shall confer and file a Case Management Report using the standard form on the Court's website (1) within **forty (40) days** after any defendant appears in an action originating in this court, (2) within **forty (40) days** after the docketing of an action removed or transferred to this court, or (3) within **seventy (70) days** after service on the United States attorney in an action against the United States, a United States agency, a United States officer or employee sued only in an official capacity, or a United States officer or employee sued in an individual capacity in connection with a duty performed on behalf of the United States.

**ELECTRONIC FILING**: Under Local Rule 2.01(b)(1)(G), all attorneys appearing before this court are required to register for CM/ECF docketing within **fourteen (14) days** of their entry of appearance in any action pending before this Court. Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they are to request their

password from the Court. (Note: pro se parties are exempt from the electronic filing requirement.)

**CONSENT TO TRIAL BY MAGISTRATE JUDGE**: Under 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the parties may consent to have the assigned United States Magistrate Judge conduct any and all further proceedings in this case, including the trial (and can provide a date certain for trial, unlike the District Court). If the parties wish to consent, they are directed to fill out the attached Magistrate Consent Form and file the form with this Court.

In addition to the foregoing requirements, parties are advised to consult and adhere to the Local Rules with regards to filing requirements and deadlines, which will be strictly enforced.

**ORDERED** in Tampa, Florida, on August 3, 2026.

Kathryn Kimball Mizelle
United States District Judge

Attachments:
Notice of a Related Action (mandatory form)
Certificate of Interested Persons and Corporate Disclosure Statement
Magistrate Judge Consent Forms/Entire Case Magistrate Judge
Consent/Specified Motions

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

[PLAINTIFF],

      Plaintiff,

v.                                                      Case No. 8:XX-cv-XXXX-KKM-XXX

[DEFENDANT],

      Defendant.

_____

## NOTICE OF A RELATED ACTION

    In accordance with Local Rule 1.07(c), I certify that the instant action:

_____     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

             _____

             _____

             _____

_____     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated:


_____
Counsel of Record or pro se Party
[Address and Telephone]

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

[PLAINTIFF],

      Plaintiff,

v.                                 Case No. 8:XX-cv-XXXX-KKM-XXX

[DEFENDANT],

      Defendant.

_____

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**
**DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

      [insert list]

2.)    the name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

      [insert list]

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

[insert list]

4.)    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

[insert list]

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

5.)    If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

[]

6.)    If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

[]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

[Date]

_____

[Certificate of Service]                [Counsel of Record or pro se Party]
                                        [Address and Telephone]

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

[PLAINTIFF],

      Plaintiff,

v.                                        Case No. 8:XX-cv-XXXX-KKM-XXX

[DEFENDANT],

      Defendant.

_____

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case,

*Consent to a magistrate judge's authority*.   The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all posttrial proceedings.

| *Printed Name* | *Signature* | *Date* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

_____     _____     _____

## REFERENCE ORDER

IT IS **ORDERED** that this case be referred to a UNITED STATES MAGISTRATE JUDGE for all further proceedings and order the entry of a final judgment in accordance with 28 U.S.C. 636(c) and Fed. R. Civ. P. 73.

_____          _____
        DATE                     KATHRYN KIMBALL MIZELLE
                                 UNITED STATES DISTRICT JUDGE

**NOTE: RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

[PLAINTIFF],

      Plaintiff,

v.                                                  Case No. 8:XX-cv-XXXX-KKM-XXX

[DEFENDANT],

      Defendant.

_____

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE**
**MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.* The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below (*identify each motion by document number and title*).

**MOTION(S)**          _____

                                      _____

| *Printed Name* | *Signature* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## REFERENCE ORDER

**IT IS ORDERED:**   The motions are referred to the United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

_____          _____
DATE                             KATHRYN KIMBALL MIZELLE
                                 UNITED STATES DISTRICT JUDGE

**NOTE: RETURN THIS FORM TO THE CLERK OF COURT ONLY IF YOU ARE CONSENTING TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE. DO NOT RETURN THIS FORM TO A JUDGE.**